ORIGINAL

FILED

10/04/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0214

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 22-0214



FILED

OCT 0 4 2022

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

    Plaintiff and Appellee,

v.

                                                      O R D E R

MATTHEW JASON WELCH,

    Defendant and Appellant.

Appellant Matthew Jason Welch has appealed from the Judgment of the Thirteenth Judicial District Court, Yellowstone County, in its Cause No. DC-20-107. The parties, by and through their respective counsel, now stipulate and jointly move for an order dismissing this appeal and remanding this matter to the District Court.

Specifically, the parties assert that the court included certain financial and probation conditions in the written judgment that were not imposed during the oral pronouncement of sentence. They request that this Court dismiss this appeal and remand this matter to the District Court with instructions to strike conditions 13(e), 13(h), 19, 23, 24, and 25 from the written judgment.

Based on the parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that this case is REMANDED to the Thirteenth Judicial District Court, Yellowstone County, with instructions for the District Court to amend its Judgment to conform with its oral pronouncement, as set forth above.

IT IS FURTHER ORDERED that this appeal is DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED that REMITTITUR shall issue IMMEDIATELY UPON REMAND.

The Clerk is directed to provide copies of this Order to all counsel of record and to presiding judge Honorable Donald L. Harris.

Dated this 4th day of October, 2022.

_____
Chief Justice

_____

_____

_____

_____
Justices

2